■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GORDON DICKS, Appellant.—Judgment, Supreme Court, New York County (Paul Bookson, J.), rendered June 4, 1990, convicting defendant, after a jury trial, of second degree robbery, and sentencing him to a term of 2½ to 7½ years, unanimously affirmed.

After the jury forewoman announced a guilty verdict, defense counsel asked that the jury be polled. Juror 4 requested permission to ask the forewoman a question in private, and the court responded by rejecting the verdict and sending the jurors back for further deliberation, at the conclusion of which

all 12 expressed an unequivocal "guilty" vote. Defendant now argues that the court should have held a hearing to determine the nature of the fourth juror's question, which was never expressed on the record.

We find that the objection is not preserved for appellate review (see, People v Cain, 76 NY2d 119, 124, n 2). Were we to consider the argument in the interest of justice, we would find it without merit (see, People v Pickett, 61 NY2d 773). Concur—Murphy, P. J., Carro, Rosenberger and Ellerin, JJ.